# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RIVER HOUSE PARTNERS LLC

VERSUS

CLARK CONSTRUCTION INC. OF
MISSISSIPPI, RADER'S
INSULATION EXPRESS, L.L.C.,
M&R BUILDERS, LLC OF
MISSISSIPPI, FIRST SPECIALTY
INSURANCE CORPORATION,
NAVIGATORS INSURANCE COMPANY
& STATE NATIONAL INSURANCE
COMPANY, INC.

NO.   2024 CW 1045

DECEMBER 16, 2024

---

In Re:   Clark Construction Inc. of Mississippi, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 695503.

---

BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

WRIT DENIED.

AHP
TPS

Guidry, C.J., concurs. The criteria set forth in **Herlitz
Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d
878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT